THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Dr. X, a/k/a
 Shaka Macumba Zulu X, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal From Richland County
  J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-183
 Submitted March 1, 2010  Filed March 2,
2010    

APPEAL DISMISSED

 
 
 
 Dr. X, a/k/a Shaka Macumba Zulu X, of Ridgeville, for Appellant.  
 Robert Wesley Jacobs, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Dr. X appeals the circuit court's
 dismissal of his appeal from the Administrative Law Court (ALC), arguing:  (1)
 the South Carolina Department of Corrections disobeyed our supreme court's
 order requiring judicial review of his appeal; (2) the loss of the original
 record on appeal precludes meaningful appellate review; and (3) the circuit
 court and ALC erred in denying his summary judgment motions.  We dismiss[1] Dr.
 X's appeal pursuant to Rule 220(b), SCACR, and the following authority:  Slezak
 v. S.C. Dep't of Corrs., 361 S.C. 327, 331, 605 S.E.2d 506, 507 (2004) (recognizing
 an appellate court lacks appellate jurisdiction over an administrative or
 non-collateral matter until entry of a final agency decision).  
APPEAL
 DISMISSED.
PIEPER and
 GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.